

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RWN
F. #2025R00028

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 30, 2025

<u>By ECF and E-mail</u>

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Lori Zeno</u>
     <u>Criminal Docket No. 25-182 (S-1) (RPK)</u>

Dear Judge Kovner:

  The government writes to inform the Court that counsel for the defendant Lori Zeno has indicated that his client wishes to plead guilty, and to respectfully request that the Court set a date for a change-of-plea hearing. The parties are available for the hearing on January 5, 2026, or a later date amenable to the Court.

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

      By:   /s/
          Russell Noble
          Sean M. Sherman
          Assistant U.S. Attorneys
          (718) 254-6178

cc: Clerk of the Court (RPK) (by ECF)
   Defense counsel (by ECF)