UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
                                   :   No. 25 Crim. 182 ( S-1 ) (RPK) (VMS)
        - against -                :
                                   :
        Lori Zeno                  :
                                   :
                    Defendant.     :
----------------------------------x

**Vera M. Scanlon, United States Chief Magistrate Judge:**

### CONSENT TO HAVE A PLEA TAKEN BEFORE
### UNITED STATES CHIEF MAGISTRATE JUDGE VERA M. SCANLON

United States Chief Magistrate Judge Vera M. Scanlon has informed me of my right to have my plea taken before a United States District Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Chief Magistrate Judge Vera M. Scanlon.

_____
Defendant

_____
Attorney for Defendant

By: _____
    Assistant United States Attorney

Dated: __January 20, 2026__
       Brooklyn, New York

_____ US MJ
1/20/26