**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------X

UNITED STATES OF AMERICA,

v.

                                                            (S1) 25-CR-182 (RPK)

RASHAD RUHANI,

       Defendant.

----------------------------------------------------X

## SUPPLEMENTAL SENTENCING MEMORANDUM ON BEHALF OF RASHAD RUHANI

Elena Fast, Esq.
The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor
New York, New York 10175
Phone: (212) 729-9494
Email: elena@fastlawpc.com

Michael S. Perkins, Esq.
The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor
New York, New York 10175
Phone: (212) 729-9494
Email: michael@fastlawpc.com

*Counsel for Rashad Ruhani*

## I.    Preliminary Statement

Mr. Rashad Ruhani respectfully submits this supplemental memorandum in response to codefendant Lori Zeno's much belated sentencing submission (ECF No. 92). Mr. Ruhani does not ask the Court to deny leniency to either party. Rather, Mr. Ruhani seeks to correct the false narrative presented in Ms. Zeno's sentencing submission and respectfully requests that the Court's sentence not be based on an inaccurate assessment of his culpability.

## II.    Ms. Zeno Previously Financed Purchases of Two BMWs Prior to Meeting Mr. Ruhani

While the significance of this issue pales in comparison to those discussed, *infra*, it is nonetheless elucidatory of how Ms. Zeno attempted to mislead the Court in her sentencing submission, all while casting Mr. Ruhani as the scapegoat for *their* collective misdeeds. According to Ms. Zeno, she "did not need a $96,000.00 BMW" because she "proudly owned and still drives a ten year old 2016 Toyota RAV4." *Zeno Sentencing Submission* at 7, ECF No. 92.

Despite this claim, records from BMW produced in discovery[1] indicate that in December 2013, Ms. Zeno financed a purchase of a BMW X3 for a total sale price of $50,120.72, which is approximately $71,833 when adjusted for inflation. Furthermore, a consumer credit application for the 2013 purchase of the X3 notes that Ms. Zeno traded in a BMW 330XI[2] during the purchase and includes a copy of Ms. Zeno's registration for the 330XI.[3] Ms. Zeno was making payments on her BMW X3 through February 2018.[4] It should also be noted that Mr. Ruhani was

---

[1] Produced in discovery as EDNY_QD_0000014647. All further Bates numbers contained herein were similarly produced in discovery on this matter.

[2] EDNY_QD_0000014652.

[3] EDNY_QD_0000014660.

[4] EDNY_QD_0000014671.

not listed as an authorized driver or a co-applicant of Ms. Zeno's BMW X6.[5]

For Ms. Zeno to assert that, aside from Mr. Ruhani's influence, she was utterly disinclined and averse to driving luxurious vehicles despite documentary evidence to the contrary, speaks volumes about her candor to the Court in her sentencing submission.

### III.    Ms. Zeno's Prior Relationship With a Subordinate

In shifting nearly all of the blame for the instant offense squarely onto Mr. Ruhani, Ms. Zeno asserted that Mr. Ruhani "studied her weaknesses," which "included years of loneliness." *Zeno Sentencing Submission* at 5. However, far from years of loneliness, Ms. Zeno was engaged in a long-term romantic relationship with a subordinate, Francisco "Frank" Callejas-Cerna (hereinafter, "Frank") until shortly before becoming involved with Mr. Ruhani. As was this case with her relationship with Mr. Ruhani, Ms. Zeno used her power and influence over QD's affairs to funnel Frank payments courtesy of QD, personally signed a lease for his apartment, and provided him with other financial assistance.

Ms. Zeno and Frank appear to have been in a romantic relationship beginning in at least October 2020. That month, Frank allegedly struck a pedestrian while operating a vehicle owned and registered by Ms. Zeno. Frank and Ms. Zeno were subsequently named as defendants in a personal injury action stemming from the accident in the Supreme Court of Nassau County (*Lidell v. Callejas-Cerna*, Index No. 605814/2021). On June 12, 2021, Frank was served with a copy of the summons and complaint *at Ms. Zeno's home address*, the same home address referenced by Ms. Zeno in her sentencing submission. *Zeno Sentencing Submission* at 7.

Upon information and belief, Frank was an undocumented immigrant from Mexico who lacked work authorization, but nonetheless performed work at QD's offices as a subcontractor.

---

[5] EDNY_QD_0000014684; EDNY_QD_0000014693.

Due to Frank not having work authorization, Ms. Zeno facilitated Frank's payment by arranging his employment through a general contractor who completed various projects for QD. Upon information and belief, because Frank had to be paid directly by a general contractor, QD was forced to pay excessive rates for work actually completed. In a February 26, 2024 email[6] from Ms. Zeno to Eric Paykert, QD's Director of Operations, Ms. Zeno stated:

> *Can you please do me a favor? Frank needs a check today or tomorrow for the work he did in the office and in Far Rock. Can you make an invoice for $18,000 and give it to Anthony so he can get a check.*

Nearly ten months later, on December 12, 2024, Ms. Zeno again emailed Paykert,[7] this time stating:

> *Please prepare an invoice for construction work that included:*
>
> *1.    Drywall*
> *2.    Spackeling*
> *3.    painting*
> *4.    flooring*
>
> *the total amount is $18,000. I will send you the name of the company, the EIN number along with the tax forms.*
>
> *Thank you*
> *Lori*

In a July 27, 2024 text message sent by Ms. Zeno to Mr. Ruhani, Ms. Zeno (from a phone number ending -7505) discusses coordinating with QD's Director of Finance and Technology, Anthony Licari,[8] to make payments to Frank courtesy of QD:

---

[6] QD_EDNY_018570.

[7] QD_EDNY_066881.

[8] It should be noted that Licari was included on an email chain with Ms. Zeno and the Leasing Manager for 10 Hallets Point (the building where the Penthouse apartment discussed in PSR ¶¶ 12-14 was located) with the subject line RE: Lori Zeno's pay stubs HLP PH1 App #4582309. In

> *Hey honey. I just spoke to Anthony about the checks for frank. He said it would be easier for accounting purposes to give them to him to cash sooner rather than later sine it is money from last fiscal year. So unless you feel differently, I think I should just do that. Please let me know if you think otherwise. It is important to me that we are in agreement. Thank you.[9]*

Based on an email sent by Ms. Zeno to Paykert on February 1, 2024,[10] in which she forwarded a receipt from Budget Rent a Car, her romantic relationship with Frank seemingly persisted until at least that date:

> *Eric,*
>
> *Frank returned the car for me this morning because I am sick. I told him to put gas in it but obviously he didn't! (Idiot!) So they charged a premium to fill it up. Sorry. I called them and they granted a 10% discount but that was the best they would do.*

Even more illuminating of the extent of the relationship between Ms. Zeno and Frank is a July 22, 2024 email from Ms. Zeno to Paykert, where she forwarded an email she had received from T-Mobile with the subject line "Welcome Abroad!" and the body reading, in part, "Welcome to Mexico!"[11] In that email, Ms. Zeno asked Paykert, "[d]oes this have anything to do with frank? He has a new phone number. Please check and let me know."[12] That same day, Paykert responded to Ms. Zeno, stating, "[h]is line used to end in 3014. I canceled that line."[13]

---

that email chain, Licari provided Ms. Zeno's pay stubs to the Leasing Manager. *See* QD_EDNY_080345.

[9] Upon information and belief, the reason why Ms. Zeno was checking with Mr. Ruhani about giving money to Frank is because Mr. Ruhani became aware of Ms. Zeno issuing checks to Frank through a general contractor and asked her to stop. Instead of stopping, Ms. Zeno agreed to tell Mr. Ruhani when she was going to do it again.

[10] QD_EDNY_018137.

[11] QD_EDNY_091997.

[12] QD_EDNY_092004.

[13] *Ibid*.

After an exhaustive review of the discovery produced in this case, there is no record of Frank ever having been employed directly by QD (nor could he, due to his lack of work authorization) and it is unclear what basis Ms. Zeno had to provide Frank with phone service at QD's expense. Moreover, because Frank was not directly employed by QD and Mr. Ruhani's defense counsel is not privy to the identity of the general contractor(s) who subcontracted Frank; the full extent of QD's indirect payments to Frank are unclear.

Based upon a review of records produced in discovery, QD had an account with T-Mobile with an account number ending in -6573.[14] Through that account, QD issued phone lines to multiple employees, including Ms. Zeno and Frank. Ms. Zeno's phone number on the QD T-Mobile account ended in -7505.[15] The QD T-Mobile account also had an associated phone number ending in -3014, as mentioned by Paykert.[16] In two February 2023 Zelle transactions, Ms. Zeno sent $4,000 to a "Francisco Cerna" with the same phone number ending in -3014 that was associated with QD's T-Mobile Account.[17]

Based on a review of subpoena returns from T-Mobile,[18] between March 9, 2023 and July 16, 2024, Frank's -3014 number made approximately 575 outgoing calls to Ms. Zeno's -7505 number. During that same time period, Ms. Zeno's -7505 number made approximately 245 outgoing phone calls to Frank's -3014 number.

---

[14] QD_EDNY_079580.

[15] A Google search for the -7505 phone number returns results for a "Lori L. Zeno - Garden City, NY."

[16] A Google search for the -3014 phone number returns results for a "Francisco Cerna – East Rockaway."

[17] EDNY_QD_0000017539.

[18] EDNY_QD_0000033758.

Even after becoming romantically involved with Mr. Ruhani, Ms. Zeno continued to assist Frank. In a July 19, 2024 text message sent to Mr. Ruhani, Ms. Zeno stated:

> *You say I disrespected you by agreeing to sign a lease for frank when you cannot even tell your WIfE about me because you are afraid to "depress her"!!!*

Contrary to Ms. Zeno's narrative in her sentencing submission that Mr. Ruhani targeted her and exploited her weaknesses, particularly her yearslong loneliness, a more plausible scenario is that Ms. Zeno deliberately targeted downtrodden men (like Frank and Mr. Ruhani) for romantic relationships *because* they were at a significant financial and power disadvantage.

### IV.    Ms. Zeno's History of Nepotism

#### A.  Zachary and Zoe Zeno

Long before meeting Mr. Ruhani, Ms. Zeno had a demonstrated history of using her role as Executive Director of QD to reward her friends and family with extremely lucrative "low-show" jobs and seats on QD's Board of Directors (hereinafter, the "Board"). There is no better example than her son, Zachary Zeno, whom Ms. Zeno cited as being at risk of being placed in an "assisted living environment" in the event of her incarceration. *Zeno Sentencing Submission* at 3. Though the Government pushed back on this argument, noting correctly that Zachary "was gainfully employed by [QD] from 2020 to 2025 as a software specialist," ECF No. 93 at n.2, that characterization downplays the extent to which Ms. Zeno rewarded her son via blatant nepotism.

In an offer letter dated May 16, 2020 and signed by Ms. Zeno,[19] Zachary was offered a job with QD as a "Software Specialist" with a starting salary of $145,000. According to the offer letter, Zachary was to be directly reporting to Anthony Licari, QD's Director of Finance and

---

[19] EDNY_QD_0000031130.

Technology. Zachary's salary was increased to $151,999.92 in 2021, $155,039.92 in 2022, and $160,000 in 2023.[20] Based on records from the New York State Department of Labor that were produced in discovery,[21] Zachary's total wages in 2024 ($202,053, inclusive of a $10,000 "stipend" authorized by Ms. Zeno)[22] surpassed all but the most senior of QD's attorneys. According to the same Department of Labor records, QD paid Zachary Zeno in excess of $796,000 between July 31, 2020 and May 2, 2025.

Despite earning one of the highest salaries in the entire organization, the Queens Daily Eagle reported on January 31, 2025 that, "[s]ources granted anonymity because of fear of reprisal told the Eagle…that despite his title of 'software specialist' Zachary Zeno has seldom been seen doing work for the organization."[23] These sentiments were echoed in the discovery produced in this case, where Zachary's timesheets for Fiscal Year 2024[24] reveal only entries for thirteen federal holidays and an Excel spreadsheet entitled "IT Projects Zachary Zeno Worked On" which cryptically enumerated the small handful of "projects" Zachary was involved in during his nearly five year tenure at QD.[25]

Notwithstanding Zachary's exorbitant salary, on December 5, 2024, Ms. Zeno's brother and Board member, Don Uderitz, who is discussed in greater detail, *infra*, forwarded Ms. Zeno a job listing, stating, "[c]an you give this to Zack? I was going to ask if he wanted a website

---

[20] These salaries do not include bonuses or stipends.

[21] EDNY_QD_0000040252.

[22] QD_EDNY_091921

[23] https://queenseagle.com/all/2025/1/31/queens-defenders-board-forces-out-controversial-executive-director

[24] EDNY_QD_0000031098.

[25] EDNY_QD_0000032266.

consulting gig!"[26] Ms. Zeno forwarded the job listing to her son the following day. Zachary's employment at QD was not terminated until February 15, 2025,[27] so it can be surmised that Ms. Zeno and Uderitz were encouraging Zachary to earn supplemental income on top of his extremely generous salary at QD. Far from being emotionally fragile, when Zachary was asked by QD Human Resources Manager Robbin Matthews to resign from his position, he was utterly defiant; texting a co-worker, "Robbin called me trying to get me to resign lol I'm not making it that easy for her."[28]

Beginning in approximately 2018, Ms. Zeno's daughter, Zoe Zeno, began working at QD. During her nearly seven year tenure at QD, Zoe held a variety of completely remote positions, including "Communications Coordinator" and "Social Media Coordinator," while reporting to Ms. Zeno's confidant and Director of Operations, Brian Schatz. Zoe ultimately earned a salary of $38/hour beginning on July 1, 2023.[29] Based on a review of dozens of emails[30] retrieved from QD's email servers which were provided in discovery, Zoe "clocked" in and out of work each day via email to Ronald Anderson, a QD Human Resources Manager. Upon information and belief, Anderson was college roommates with Zachary Zeno, Ms. Zeno's son. While working for QD in a remote, part-time capacity, Zoe was able to earn a dual income while working for Saratoga Springs High School in Saratoga Springs, New York, allowing her to nearly double her annual income.

---

[26] QD_EDNY_066936

[27] EDNY_QD_0000031137.

[28] EDNY_QD_0000031174.

[29] EDNY_QD_0000031380.

[30] *See e.g.* QD_EDNY_047517; QD_EDNY_047518; QD_EDNY_047527.

As was the case with Zachary, Zoe's "work" performance drew the ire of QD coworkers. One of Zoe's few "work" responsibilities was to write the "Defender Digest," a monthly email sent to all QD employees which summarized the events of the month prior and a preview of the month to come. In yet another cryptic piece of discovery, the Defender Digest for November 2023 (as received by Schatz, Zoe's supervisor) was provided, displaying an email date of November 1 at 1:28 PM.[31] Also provided in discovery was a screenshot, complete with yellow highlighting, showing that Zoe had only begun working on the November 2023 Defender Digest on October 30.[32] For her efforts, Zoe received over $343,000 in compensation from QD between July 31, 2020 and May 2, 2025 and over $208,000 from other employers during that same period, including Saratoga Springs High School, according to Department of Labor records.

### B.  The Board of Directors

Under New York's Not-for-Profit Corporation (NPC) § 701, "a corporation shall be managed by its board of directors." Thus, under appropriate corporate governance, it is the board of directors who supervises the executive director, not vice versa. Despite this, Ms. Zeno populated QD's Board with her own family members; two of whom do not appear to have been disclosed to the existing Board members. Behind closed doors, Ms. Zeno relished in gatekeeping what she referred to as "*her*" Board. Ms. Zeno's deceitful and self-serving actions completely belie her professed commitment to QD's best interests.

At QD's April 11, 2018 Board meeting, Ms. Zeno nominated Ryan McLaughlin to serve on the Board.[33] Ms. Zeno's nomination of McLaughlin was adopted by a unanimous vote of the

---

[31] EDNY_QD_0000031162-EDNY_QD_0000031168.

[32] EDNY_QD_0000031169.

[33] EDNY_QD_0000029588.

three Board members present, which included Ms. Zeno and her brother, Don Uderitz.[34] McLaughlin served on the Board through QD's January 28, 2019 Board meeting, at which McLaughlin was described in the minutes for the meeting as "not present." At that same Board meeting, Board member Marty Becker presented the Board with a conflict of interest policy, which was described as "drafted to adhere to the requirements of the NYS Not-for-profit Corporations Law."[35] The proposed conflict of interest policy was unanimously adopted by the Board and the next Board meeting was scheduled for March 19, 2019.

At QD's March 19, 2019 Board meeting, the first since the conflict of interest policy was adopted, Ms. Zeno announced McLaughlin's resignation from the Board.[36] What makes this sequence of events particularly noteworthy is that, seemingly unbeknownst to the Board members (perhaps with the exception of Uderitz), McLaughlin eventually married Ms. Zeno's daughter, Zoe.[37] Upon information and belief, McLaughlin was in a romantic relationship with Zoe at the time Ms. Zeno nominated him to the Board.[38] McLaughlin, Zoe and Zachary Zeno, and Ms. Zeno's brother, Don Uderitz, were all in attendance at Ms. Zeno's "wedding" to Mr. Ruhani in 2024.

After McLaughlin's resignation in March 2019, the Board minutes produced in discovery omit nearly all Board action in the following four years. However, at the November 20, 2023 QD

---

[34] *Ibid*.

[35] QD_EDNY_057249.

[36] QD_EDNY_057253.

[37] According to a publicly available wedding site, Zoe Zeno and McLaughlin married in July 2022.

[38] In a life insurance enrollment form dated July 2, 2018, Zoe Zeno added "Ryan McLaughlin" as a contingent beneficiary. *See* EDNY_QD_0000031373.

Board meeting, Uderitz motioned to add two new members to the Board: Sarah Campbell and Nancy Whelan.[39] Campbell and Whelan were added by a unanimous four-member vote, which included Ms. Zeno and Uderitz.

In email correspondence with the Board, Campbell used an email address with the domain name "@vcg.cc,"[40] an identical domain name used by Uderitz in his email address. As reported by the Washington Post in September 2017, Uderitz was "the founder of private-equity firm Vantage Capital Group (VCG)."[41] There is no indication that the Board was ever apprised of Campbell's relationship with Uderitz. It is unknown whether Whelan had a relationship with Uderitz or Ms. Zeno, however, after being asked by Licari to sign a conflict of interest form, Whelan sent an email to Licari on August 18, 2024, stating: "I do not want to share Fiduciary Responsibility with Queen Defenders. I would like to step down from the Board whenever it is possible to replace me."[42]

From there, Ms. Zeno's nepotism and need to control QD's Board continued unabated. On February 13, 2024, Ms. Zeno emailed Brian Schatz, QD Director of Development,[43] to pose the following question about prospective Board member, Chelsea Gilbert:

> *Hey B,*
>
> *I wanted to let you know about Chelsea.  I want to make sure she is allowed on the board.  I think she is, but.........*

---

[39] EDNY_QD_0000031056.

[40] QD_EDNY_066414.

[41] http://washingtonpost.com/news/grade-point/wp/2017/09/18/student-loan-companies-reach-21-6-million-settlement-over-dubious-debt-collection-lawsuits/.

[42] QD_EDNY_091823.

[43] Schatz was Zoe Zeno's direct supervisor.

11

> *My brother is married to Julie Uderitz*
> *She had a son when they married. Tyler Gilbert*
> *Tyler and Chelsea share the same father*
> *Julie is not Chelsea's mother.*
>
> *She is technically not related to me or my brother, but we consider her "family" and when you look her up on been verified, her relatives listed include myself and my brother.*
>
> **_Given this, I think we should disclose the relationship._**[44]

Despite seemingly reaching the conclusion that this conflict of interest should be disclosed to the Board, Ms. Zeno emailed her *brother* on March 25, 2024, ostensibly under the impression that her emails would never see the light of day:

> *I wanted to ask you about Chelsea being on the board. When you look her up on the internet, se comes up as a family member of mine and yours. I know she is not a blood relation, but I don't know if she is allowed. What do you think?* **_I don't want to give anyone something to challenge my board._**[45]

In March 2024, Gilbert was nominated for a seat on the Board, with the following description provided to the Board members:

> *Chelsea Gilbert is an educator and diversity, equity, and inclusion professional. As you'll see in her resume, she brings over a decade of experience in international education and a wealth of experience and professional development related to DEI.*[46]

There is no indication that the Board was ever apprised of Ms. Zeno's or Uderitz's conflict of interest. On March 28, 2024, Chelsea Gilbert was appointed to the Board by a unanimous vote, with Ms. Zeno, Uderitz, Campbell and Whelan all voting in favor.[47]

---

[44] QD_EDNY_018485 (emphasis added).

[45] QD_EDNY_017428 (emphasis added).

[46] EDNY_QD_0000031061

[47] EDNY_QD_0000031059.

12

On October 29, 2024, Ms. Zeno and Licari received an email[48] from a Senior Counsel with the NYC Mayor's Office of Criminal Justice (MOCJ), informing them that MOCJ "were made aware of at least three instances that would require Requests for Consent: 1. Don Uderitz, 2. Zachary Zeno, and 3. Zoe Zeno."[49][50] Additionally, MOCJ respectfully requested for Ms. Zeno and Licari to "[p]lease inform us of any other individuals that might require Requests for Consent."

Rather than simply comply with MOCJ's reasonable request, Ms. Zeno responded to Licari with the following remark:

> *Wow, you would think these people would have more to worry about given that the Mayor has been INDICTED!!! But whatever.*[51]

At the January 27, 2025 QD Board meeting, Ms. Zeno announced the resignation of four Board members, including Uderitz, Whelan, Campbell and Gilbert, and described "the potential conflict of interest that led to her brother Don Uderitz leaving the board."[52] On January 27, 2025, just days prior to her termination, Ms. Zeno made one final effort to retain the power she had wielded over QD for so many years, unsuccessfully nominating three prospective Board

---

[48] QD_EDNY_091577.

[49] According to the NYC Mayor's Office of Contract Services, a Request for Consent is the "standard process to request written consent from the contracting agency commissioner for any Immediate Family relationship between Employees or between Employees and members of the Board of Directors that would otherwise violate the NYC Anti-Nepotism Policy and Anti-Nepotism provision found in section 6.05 of the New York City Human Services Standard Contract."

[50] Upon information and belief, the MOCJ email was prompted by a whistleblower complaint from someone inside QD.

[51] QD_EDNY_091577.

[52] QD_EDNY_057281.

13

members.[53] On January 30, 2025, Ms. Zeno was served with a Notice of Suspension, bringing her reign at QD to an end.[54]

### V.    Conclusion

Mr. Ruhani continues to own his role in the instant offense. Mr. Ruhani concededly purchased luxurious, material items with QD's funds over the span of months, all while knowing it was wrong. Mr. Ruhani concededly rented a luxurious apartment with QD's funds and furnished it with high-end items paid for by QD, all while knowing it was wrong. Mr. Ruhani referred friends and family members for jobs at QD knowing full well that they wouldn't be required to put forth the work required by other employees. Mr. Ruhani admittedly obstructed justice when he disposed of his phone just prior to his arrest. He has not and will not make excuses for his conduct.

By his own admission, Mr. Ruhani is very far from perfect. Though he attempts to live his life in accordance with his religious principles, he does not pretend as though he is perfect in that pursuit. Despite holding certain religious beliefs about intimate relationships, Mr. Ruhani has engaged in behavior which contravenes his beliefs, as he alluded to in his letter to the Court.

Mr. Ruhani had no intention of utilizing any of the information contained in this supplemental memorandum, all of which was known to both Mr. Ruhani and defense counsel prior to filing his sentencing submission. However, the false narratives put forth by Ms. Zeno, if left unrebutted, would have misled the Court to Mr. Ruhani's detriment. Under these circumstances, remaining silent would have been inconsistent with counsel's duties of competent and diligent advocacy owed to Mr. Ruhani. Once again, this supplement is not submitted to

---

[53] *Ibid*.

[54] EDNY_QD_0000031018.

oppose any request for leniency, but to ensure that Your Honor's sentence rests on an accurate record and not on a false narrative constructed at Mr. Ruhani's expense.

Dated:      July 27, 2026
            New York, New York

Respectfully submitted,

Elena Fast, Esq.                        Michael S. Perkins, Esq.
The Fast Law Firm, P.C.                 The Fast Law Firm, P.C.
521 Fifth Avenue, 17 Floor              521 Fifth Avenue, 17 Floor
New York, New York 10175                New York, New York 10175
Phone: (212) 729-9494                   Phone: (212) 729-9494
Email: elena@fastlawpc.com              Email: michael@fastlawpc.com


*Counsel for Rashad Ruhani*


cc: All counsel of record (via ECF)

15