

July 23, 2026


The Honorable Rachel P. Kovner
United States District Court Judge, Eastern District of New York


Your Honor,

This statement is submitted on behalf of Queens Defenders.  It reflects the impact of Lori Zeno's crimes on the organization, the people of Queens who the organization once proudly served, as well as the impact on Queens Defenders' former leadership and staff who have now been transferred to Brooklyn Defender Services, and the current staff and leadership of Queens Defenders, who have been tasked with the recovery of this institution.

Lori Zeno did not just steal funds; she weaponized her position of trust to destroy an embedded and impactful provider within the Queens justice system. While our clients were facing the most terrifying moments of their lives—facing criminal charges and fighting for their freedom—the defendant was using the funds meant for their defense to finance a life of obscene luxury.

## 1.    A Profound Betrayal of Public Trust and Mission

The defendant's actions resulted in an institutional catastrophe that has inseparably associated the name "Queens Defenders" with scandal. Because of her greed, the organization lost $35 million in contracts to represent indigent clients, along with numerous other city and state contracts intended to support underserved communities – contracts for services that did not transfer to BDS, creating enormous service gaps for vulnerable New Yorkers.

In the destructive wake of this theft, Queens Defenders has had to manage severely strained relationships with City funders, extra hurdles in recruiting high-quality staff, and a continued exodus of remaining employees. Today, our footprint has been forced to shrink from a massive multi-service provider to an entity focused solely on providing eviction defense for 1,500 people annually in Queens Housing Court—our final remaining contract with the City of New York.

This betrayal is most acutely felt by the 16,000 people in Queens who were represented by our organization annually. These individuals had their representation uprooted and transferred to BDS because Zeno and Ruhani dismantled their original legal home. For many, this meant the sudden and forced end of a trusting relationship with their advocate; as numerous attorneys chose not to move to BDS, their clients were assigned to new counsel in the middle of their legal battles.

While Queens Defenders' clients faced the weight of the justice system, Zeno and Ruhani siphoned hundreds of thousands of dollars for a $6,000-a-month luxury penthouse, designer shopping at Louis Vuitton, and luxury travel. Indeed, Zeno's theft of Queens Defenders' resources extended even after she was terminated, when she attempted to return equipment purchased with organization credit cards for cash, which was being held in a Queens Defenders storage facility.

She treated the public's money as her personal slush fund, destabilizing the legal safety net for 16,000 of our neighbors.

**2.      The Forced Migration and Degradation of Our Staff**

Our greatest asset—our staff—was decimated. Over 150 employees were forced to leave for BDS when the City effectuated the transfer of the contract to provide indigent defense in Queens County.

- **Institutional Trauma and Insecurity:** Staff are still dealing with the profound trauma of working under Zeno's administration, followed by the abrupt transfer of our contract to BDS. For months, staff lived in a state of high-stakes uncertainty, not knowing if they would have secure jobs. This professional anxiety was cruelly compounded by Zeno's aggressive behavior and her attempts to involve blameless staff in her financial improprieties – trying to implicate those who did no wrong in her and Ruhani's crimes.

- **Destroyed Careers:** Tragically, dozens of dedicated staff members did not make it through this transition. Their careers were effectively destroyed when they lost their jobs and livelihoods entirely—a devastating outcome for professionals who had committed their lives to public service.

- **The Burden of Stigma:** Those staffers who did transition—exceptional, dedicated professionals who are among the best in their fields—must now carry a permanent professional scar. For the rest of their careers, these advocates will have to bear the negative association of having worked under and been associated with Lori Zeno.

- **Financial and Professional Harm:** Former QD staff have had to adjust to a new organization with inferior benefits, the loss of private practice income, and a reduction in net pay through the loss of other specialized compensation previously offered at Queens Defenders.

2

- **Impact on Leadership:** Many of our senior leaders' careers were sidelined by a scandal they did not create, forcing them to navigate a new organizational hierarchy after decades of building our own.

### 3.   Abandoning the Vulnerable: From Youth to the Hungry

To cover her fraud and account for lost funding, we were forced to dismantle our safety nets in some of the most under-resourced communities in the city:

- **Closure of the Justice Center and Food Pantries:** We were forced to shut down our Justice Center in Far Rockaway and our food pantries, which fed 150 families every week. While the defendant enjoyed $1,300 steakhouse dinners on the company card, she was taking the bread out of the mouths of hungry families.

- **Loss of Community Lifelines:** We were forced to cease essential services including holiday meal giveaways, summer youth employment programs, and community basketball tournaments. These were the primary ways in which we engaged and supported the youth of Queens.

- **Destruction of Diversion and Education:** We were forced to end programs that taught residents their rights under the 4th, 5th, and 6th Amendments. These programs were designed to prevent incarceration; their loss means more residents are navigating the system without the tools to protect their constitutional rights.

### 4.   A Culture of Vengeance and Intimidation

Following her suspension, the defendant escalated her behavior into a campaign of threatening text messages and intimidation directed at Queens Defenders staff members. This retribution extended to members of the Board of Directors who did their duty by suspending and terminating Zeno and Ruhani and his associates. The climate of genuine fear was absolute—directors and staff alike were forced to look over their shoulders, fearing physical and professional retribution.

This was the culmination of a long-standing "reign of terror." Zeno, throughout her tenure, used her power to seek vengeance against anyone who disagreed with her. It was common for staff who resigned to be threatened with professional ruin if they ever spoke against her.

### 5.   Conclusion: The Long Road to Redemption

Queens Defenders is an organization whose very identity is linked to public defense. We have dedicated our professional lives to keeping our clients out of incarceration. It is difficult—*and goes against the very fiber of our professional identities*—to submit this statement to the Court and ask for the incarceration of another.

However, the unprecedented scale of Lori Zeno and Rashad Ruhani's crimes, and the massive, destructive impact those crimes have had on our organization, our staff members, and the 16,000 clients we served in Queens, compels us to seek justice. Lori Zeno's legacy is the wreckage she left behind. She betrayed the staff who looked to her for leadership and the community members who relied on Queens Defenders for their constitutionally protected right to representation.

We ask the Court to impose a sentence that reflects the scale of this total betrayal. Lori Zeno stole more than money; she stole the dignity of an institution and the security of a community.

Thank you for your consideration.

4