Jameson Dunne
61-29 Austin Street
Rego Park, NY 11374
jamesondunnelaw@gmail.com

July 24, 2026

To Whom it May Concern,

I had the misfortune of having the sentencing memo submitted on Lori Zeno's behalf shared with me and read it this evening.

I worked at QLA/QD for well over a decade. I started in High School doing data entry and file archiving and the like. I went to college and worked part time as a paralegal there during breaks and the summer. I took a few years away from school and worked full time as a paralegal there. I went to law school and worked as a staff attorney there from 2016 to April 2023.

I just want to point out a few things that I think are important regarding the character and behavior of Ms. Zeno in my experience.

Most salient to this case, after I left QD and began working at the Legal Aid Society in Queens, I walked to the Chase Bank branch across from the QD office on Queens Boulevard to take out some money. This was in April of 2025. I was generally aware of what was going on with her being suspended and engaging in fraud with Rashad. So it was quite a surprise to see Ms. Zeno at the Chase Bank speaking to the manager when she doesn't live in Queens and was suspended from her job at QD. I alerted a friend in management, that I was worried she was trying to get information on the company account or attempt to access it at Chase. I believe Anthony Licari, who was running the finances there to some extent, called the bank to tell them that she was not allowed to have access to the company account, and they told him that she was indeed at the branch attempting to do this. Point is- this woman who is supposedly so remorseful

when her fraud was discovered, and got suspended from her executive director position, continued to attempt to meddle in the finances of a Not-for-Profit organization. She only became remorseful when she got indicted or maybe when she took a plea, or maybe not at all.

And just speaking to the dishonesty of her character- I loved working at Queens Defenders. I loved the other attorneys I worked with. I basically grew up with a lot of the support staff. I was starting my first really big trial in January of 2023- a gang assault in the first degree that I had inherited from an attorney who left. On the eve of trial, literally the night before jury selection was supposed to begin, Ms. Zeno told the supervisor I was working with to bring the client to the office and that she wanted to speak with him. I had gone over the story of what happened with him a number of times prepping for trial and we had our defense formulated. Now, on the eve of this trial where he could go to prison for double digit years, Ms. Zeno begins feeding him a story about how this was self defense, about how the complaining witness had attacked him and he was just defending himself. So on a basic level this was an annoying level of micromanagement, when I was already working with a senior supervising attorney on the case. But it was clearly an ethical violation to attempt to suborn perjury FOR A CASE THAT SHE WASN'T EVEN INVOLVED WITH AT ALL. During a weekend break from the trial I put in my job application to work elsewhere.

There's a lot of references in the memorandum that this was an organization that she built. That could not be further from the truth. Ms. Zeno was one of three founders, the others being Joe Vaccarino and Laurie Peterson (my mother). Ms. Zeno was largely absent from office for decades. I remember working there in data management during high school and it would be like a chill washed over the office if someone found out that she was indeed appearing in the office, like if the white walker from game of thrones had shown up. This was in the mid-2000s so remote work was not a thing. She, herself, had a no show job for about a decade, while getting paid an exorbitant salary.

It's also curious that none of the character references in the sentencing memo are from the hundreds if not thousands of attorneys that worked at QLA/QD over the decades. I can only hazard a guess that it's because she was a vile boss to work for. She had a horrible temperament. She was stubborn to the point of being verbally abusive and physically violent if she did not get her way. She would call her employees ungrateful little shits and was particularly abusive towards young female attorneys, but I can't speak for them. Hopefully they've reached out to you in some way or another. She is a rotten person. The fact that she got caught doing this fraud wouldn't surprise anyone that worked for her. People left QLA/QD all the time to go work at other public defender organizations- but they didn't leave those offices to go find work elsewhere... It's because working for Ms. Zeno was simply not worth the headaches and abuse.

She drove a BMW for years and years, not a RAV 4, so she or her counsel are lying to the court in this memo. I'm not sure why something so plainly untrue would be included in a court document.

Her son is a graduate of an ivy league university. He is not going to need to be institutionalized if she goes to jail. He also had a highly salaried no-show job at QD. There's a telling story about Zachary's job at QD. One of the lawyers, who was previously a computer programmer, created a tool that helped organize digital discovery for the lawyers to review more easily and quickly. When Ms. Zeno got wind of this tool, she demanded that its creation be attributed to her son, as he was supposed to be in charge of IT-related matters in the office and if it was not, that we were not to be allowed to use the tool. That lawyer quickly looked for work elsewhere.

This is not her first dabbling in financial impropriety. She had a contractor boyfriend named Frank a little before the pandemic. She decided the office needed to be renovated along with her rebranding from Queens Law Associates to Queens Defenders. Wouldn't you know who won the pony? Frank got the contract to do the renovations.

The sentencing memo submitted by Ms. Zeno is also devoid of any sort of remorse for the employees that were affected by this fraud. It is almost all about how this sentence is going to adversely affect her. There was nothing about how her employees had to go for months of uncertainty of if their jobs would even exist at all when the city found out about the mismanagement. There was nothing about how the employees' terms of employment changed because the office was dissolved and reincorporated under the umbrella of Brooklyn Defenders Services. There was nothing about employees being laid off due to redundancy in positions. These were the people that built Queens Defenders- not Ms. Zeno.

In summary, the sentencing memorandum submitted by the Defendant in this matter attempts to paint Ms. Zeno as a vulnerable, naïve person who was easily manipulated by a bad actor. I just think that this couldn't be further from the truth in my own personal dealings with Ms. Zeno, and I'm sure others would attest to her character similarly. She is, in fact, bold, self-determined, street-savvy and a manipulator of others through emotional abuse and threats. She has a tenuous relationship with justice, honesty, the truth, and empathy towards others. There is a reason that only a few years after she forced the former executive director out, the employees at Queens Defenders overwhelmingly voted to unionize. There is a reason that a few years after that the Queens Defenders contract that she was responsible for stewarding got cancelled by the city due to her mismanagement and fraud.

-Jameson Dunne