July 27, 2026

**<u>Via Electronic Delivery</u>**
Brooke.Theodora@USDOJ.gov

**Re: United States v. Lori Zeno**
**25-CR-182 (RPK)**

Dear Judge Kovner:

My name is Elisha Rudolph.  I am an attorney with the Legal Aid Society of Queens.  I respectively submit this letter in support of the Government's sentencing application for the above Defendant. I believe that an incarceratory sentence as the Government has requested is appropriate in this matter.

By way of background, I was an employee of Lori Zeno from approximately 2013 through 2018. I served as a staff attorney focused in the organization's domestic violence unit. At the time, Defendant was the director of the organization which was known as Queens Law Associates.  I witnessed firsthand several incidents of Defendant's abusive, unethical, and retaliatory behavior. Her behavior-rife with threats and toxicity-was a significant factor in the extreme attorney attrition rate at the office.

In an effort to increase employee retention, Defendant had encouraged employees to communicate any and all employment offers with her.  I went on maternity leave for my first child in December of 2018.  While on maternity leave, I received an offer of employment from the Legal Aid Society. As instructed, I communicated my offer of employment with Defendant towards the end of my maternity but *prior* to accepting the offer.  The offer provided by the legal aid society increased my salary to align with the Legal Aid Society's salary steps.

I asked Defendant if she would simply match the Legal Aid Society's offer.  I arranged an in-person meeting with her to discuss the matter.  When I relayed the offer to her, she immediately threatened that **if I were to leave, she would sue me, and that if I were to stay, she would "make my life a living hell."**

That night, I felt I had no choice, and I submitted my official resignation to Ms. Zeno.  Keeping true to her promise, she retained the law firm of Clifton, Budd, & Demaria to sue me.  She initially sent me a letter demanding the totality of my salary and health insurance benefits accrued during my maternity leave.  She thereafter sued me in Small Claims Court seeking the entirety of my health insurance benefits extended during my leave.

The lawsuit endured for nearly three years.  For three years, upon information and belief, she used city funds to retain a high end law firm to litigate a matter that ultimately settled for a mere three thousand dollars.  I firmly believe that she sued me to make an example of me.  I have been told

that my name was brought up at many meetings in an effort to intimidate young female attorneys from leaving or considering alternate employment.  She prided herself in taking action against me, and in turn, employees grew fearful of her behavior.

In the end, I could not have been more thankful that I left the organization when I did.  I am heartbroken that what used to be just a wonderful organization that was supposed to help fight for the underprivileged turned into such a hostile and toxic work environment.  I am further saddened that the Defendant has found herself in the current position, but I am thankful for the Government's diligence in pursuing this matter.

Thank you for considering this memorandum.  Please feel free to contact me with any questions or if there is any information I can provide.


Sincerely,


_____

Elisha Rudolph, Esq.
Cell: (315) 329-4751
Erudolph@legal-aid.org