# EXHIBIT "A"

Lori Lynn Zeno
5 1st Place
Garden City, NY 11530
(516) 440-1223

Hon. Rachel P. Kovner

United States District Judge

Eastern District of New York


Hon. Rachel P. Kovner,

Just over a year ago, I walked into this courtroom a broken woman.  The world as I knew it had just shattered in what felt like overnight.  The man that swore before God that he loved me actually didn't and the career I had spent over 40 years building ended in disgrace.  I was so filled with shame and humiliation that I cannot even describe it.  Most days, it was like I couldn't even breathe and other days I was so devastated that I didn't even want to live anymore.  I didn't think I deserved to.

I have disappointed myself, my family, my friends, people who trusted me and even looked up to me.  I still have not found the right words to say to them.  But I can say that I am so very sorry for the choices I made, the actions I took and the consequences that came from those actions.

I have worked hard this whole year to try and understand what happened.  How did I get here? How did my life get so out of control, so quickly, right under my nose?  I am not a stupid woman.  I am intelligent, I am accomplished and I am a good person.  I was so proud of what I was able to accomplish over the years.  I came from a small farmtown, upstate NY, where girls were told that they could be housewives or secretaries.  I wanted more.  I wanted to make a difference in this world and from a young age, I wanted to fight for people that couldn't fight for themselves.  And I was blessed to do that.  I got to go to one of the biggest cities in the country, start my own public defender's office and redefine what it meant to be a public defender.  That made a difference for hundreds of thousands of people.  We were a firm to be reckoned with in court, and our community work was phenomenal.  We had food pantries and soup kitchens that

fed hundreds of families a week, we had clothing giveaways, school supplies giveaways, turkey giveaways, holiday toys giveaway and we had job trainings of all sorts, to help put people into the workforce and keep them out of the system and a community justice court that we partnered with the Queens District Attorney's office to handle low level misdemeanor in Far Rockaway. Our youth programs were second to none.  We worked with summer youth programs, gave paid internships to our clients in the felony youth part, we did job training and youth justice courts across Queens in libraries and schools.  And, we took kids out of gangs and put them in college. I personally settled them into dorm rooms and attended their graduations.

Honestly Judge, I loved Queens Defenders and given the choice, I would have given my right arm, rather than cause any harm to her.  But I did.  It is only God that can forgive me, because I will never be able to forgive myself.

I have learned a lot about myself this past year.  Some of it eye opening and some of it traumatic.  I have attended individual therapy every week, group therapy twice a week and Alcoholics Anonymous meetings every day, sometime more than once a day.  I have learned about my disease of alcoholism, and how in the beginning, it helps you cope with those feelings that you have so coping skills to deal with, but by the end, it takes everything from you.  I have learned about ███████████████████████ as well as the demons I have held deep inside me for so long.  The demons that have told me that I was broken, not good enough, and that I was not loveable.  The feelings that I had to hide from the world, or I would be left vulnerable because if people knew the truth, they would agree and leave.  But in fact, I have learned that it was those feelings that left me vulnerable to exactly what happened.

I have made some of the biggest mistakes during this latter part of my life.  At a time when I should be celebrating a retirement from a beautiful career and planning the next stage of my life as a grandmother, I am instead standing before the court facing a possible prison sentence.  And I am scared.  Scared that I will not be there for my family, my friends, my son,

my daughter and my brand new granddaughter.  They need me and I need them.  I almost left them ███████████████████████ and I have a lot to make up for for that.

I also have a lot to make up for a lot of people, but I think there is still time.  I can no longer help in the legal field.  I have lost that precious privilege.  But I still have a lot to give in many other ways.  I hope you will let me do that.

Thank you

Lori Zeno