July 28, 2026

Dear Honorable Judge Kovner,

My name is Naira Grigoryan, senior attorney at Brooklyn Defender Services of Queens, whose life was uprooted and turned upside down by the defendant Lori Zeno, as I was one of the employees who was affected by the fraud perpetuated by Zeno.

I respectfully request your honor to consider sentencing Lori Zeno to 51 months, as she is the furthest from deserving of leniency by the Court for the wrongdoing that she perpetuated in a place that helps to undo the wrongdoing that our clients so often face. This request goes against the very fiber of my professional identity since I spent my, almost 20 year, career asking the Court to do the opposite when advocating for my clients' rights.

After reading her Defense Sentencing Recommendation and the various letters of support, I felt compelled to set the record straight and paint a clearer picture for the Court as to the defendant before it.

Since I stepped foot into 118-21 Queens Boulevard, back in 2007, I have watched her conduct herself like Queens Law Associates, or Queens Defenders, was her personal piggy bank, to run as she saw fit, without any obligations to its funders, employees, or clients, committing fraud to satisfy her own personal selfish interests.  She overpaid herself, her two children, her former boyfriend Frank, who no one mentioned, and then her new husband Rashad and all of his family and associates, all while being run by her brother, the head of the Board of the Directors of the Organization.

When I started my employment, Zeno was out on "medical leave" for years all while receiving a full paycheck.  When she returned, 2-3 years into my employment, is when I personally witnessed her "reign of terror," ruling with intimidation and fear.  She treated staff poorly, forcing people to constantly carry out her wishes that were not part of their employment duties.  One example is when she forced attorneys and other employees to help campaign for a managing director, Hettie Powell, who was running for a political position on the City Counsel in 2017.  Zeno then rewarded the employees with company funds in the form of Comp time.  She forced staff to donate to Powell's campaign and kept a list of people who didn't and as a result treated them poorly.

When they became of age, she hired her two children, who did little to no work for the organization, just like their mother, who worked when she felt like it.  Her son especially, was paid a large salary but rarely worked.  Additionally, Mr. Ruhani was not the first love interest she used to funnel company funds.  In about 2020-2021, she was dating and then

living with a man named Frank, who ran a small construction company.  She hired him to complete a tremendous renovation on the Forest Hills office location.  Bypassing the required bidding process for such a project for a non-profit organization and basically paying herself, since they shared a bed.  And here we are again with this case, where her fraudulent dealings finally caught up to her.  There are many more examples of passed fraudulent activity by Zeno, who is untruthfully making it seem like she was living this meager lifestyle before Mr. Ruhani came along.  She was driving a BMW, that I personally saw her operate on numerous occasions, before Mr. Ruhani ever entered the picture.

Of course, she's painting herself as a philanthropist and asking the Court for leniency based on all the lives that she saved.  But ask any of the attorneys who worked in that office, none of whom submitted a letter of support on her behalf, how they view her career of theft and terrorization.  It was obvious that her role of executive director went to her head; turning her into a power-driven bully who ruled with intimidation. She prided herself with breaking people down until they submitted to her or quit. That's why she got away with years of fraud, and this Prosecution barely scratches the surface of its extent. The people that left experienced PTSD and wanted to put the time they spent under her employ behind them, happy to have gotten out. The People that remained, continued to put up with the perpetual hostile working environment she created, afraid of losing their employment through retaliatory firing, punishment, or more recently, threat of intimidation from the notoriously dangerous Supreme gang members, with whom her husband had serious affiliations.

And now she is trying to advance the narrative to the Court that Rashad is the one who influenced her hand here and before he came along she did everything by the book. The Court should be aware that's completely not the case as the Organization was on several Corrective Action Plans before Rashad Ruhani ever worked there.  Zeno is using her tactic of manipulation to paint herself as a victim here, which she clearly is not.

Her true character was described in paragraph 4. "A Culture of Vengeance and Intimidation," of the statement submitted on behalf of the Organization.  I too would ask the Court to consider the messages Zeno sent to her former employees after her removal, which would paint a picture of why she deserves a long jail sentence, to think about the harm that she caused both financially and mentally.  The intimidation in those messages should be enough to secure the sentence the prosecution is seeking here, if not more. If the court is not convinced, there are multiple recordings of Zeno intimidating staff that was recorded on the hidden cameras and audio devices she installed throughout the offices that were reviewed regularly by her son.  I'm sure she's still in possession of the copies.

I also would like to remind the Court that this is not Zeno's first brush with the law. She got the minimum sentencing because of her position of power on her first arrest in Nassau County back in 2011 on a DWI. She asked the arresting officers "do you know who I am?" at the time of her arrest, holding herself in the highest regard and behaving like an entitled person that the rules do not apply to. She should not get the minimum here. This woman got away with so much throughout my years of knowing her, that I even started referring to her as the Teflon Don. This type of blatantly extravagant abuse just doesn't happen overnight, this is years of theft that became so brazen that Zeno was behaving as if she was untouchable and that's why she even tried to steal additional funds from the Organization after getting arrested. Any sentence that does not include a time of incarceration would be just another slap on the wrist for her.

I will admit that I was fearful to write this. But what gave me courage is the brave people that have, behind the scenes, took action in some way or other to stop her from abusing her position of power, that she held for too long without any real checks and balances, and finally ending her reign.

I respectfully request the court to set the example that a person who's given a position of power would be incarcerated if they abuse that power, as Zeno has done. I also request orders of protection for all former and current staff of the Organization be issued for 10 years after the completion of any sentence if the court was so inclined. Additionally request the court to direct Zeno to issue a public apology to all the staff she mistreated and affected by her wrongdoing throughout the years.

Sincerely,

Naira Grigoryan